# EXHIBIT A



**PRIME CAPITAL SOURCE**

FROM: Scott Davidson
FAX: 858-408-4342
PHONE: 858-427-1250
Acct. # 11090

bet cash now! We offer you traditional working capital options. 5 year term loan with monthly payment, A/R Line + LOC to name a few. You are prequalified based on your D&B score & profile. Call Now!

Ask about our
Prime + 2
Equip Loan!

Scott Davidson
858-427-1250

TO BE REMOVED CALL 800-565-6634
800-565-6634