AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

### SUMMONS IN A CIVIL CASE

Chris Nikolovski et al.

V.

Prime Capital Source, Inc. et al

CASE NUMBER: 1:18-cv-03085

ASSIGNED JUDGE: Hon. Manish S. Shah

DESIGNATED MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

Scott Davidson
8334 Clairemont Mesa Boulevard #101
San Diego, CA 92111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



May 7, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>5.17.18 |
| NAME OF SERVER (PRINT)<br>DANIEL ARREDONDO | TITLE<br>SD COUNTY REGISTERED PROCESS SERVER NO.3146 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SUBSTITUTED SERVICE (BUSINESS) 8334 CLAIREMONT MESA BLVD #101, SAN DIEGO CA 92111

**DELIVERED TO WILLIAM EMERY, OWNER AT PRIME CAPITAL SOURCE, INC.**

THE USUAL PLACE OF BUSINESS OF THE PERSON BEING SERVED. I INFORMED HIM OF THE GENERAL NATURE OF PAPERS.
*SECOND SET OF SAME DOCUMENTS WERE MAILED TO DEFENDANT AT THE SAME ADDRESS ON 5/16/18 VIA USPS WITH POSTAGE PRE-PAID

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5.17.18              *[signature]*
            Date                  Signature of Server

4364 BONITA RD #258, BONITA, CA 91902
Address of Server

***TWO DILIGENT ATTEMPTS WERE MADE FOR PERSONAL SERVE THE DEFENDANT***

1. 5.11.18 AT 12:10 PM - BUSINESS DOOR WAS LOCKED. NO ANSWER.

2. 5.15.18 AT 8:05 AM - MADE CONTACT WITH ONLY PERSON IN OFFICE. HE TOLD ME THAT SCOTT AND BILL WERE NOT AVAILABLE BUT WOULD BE BACK SOON.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.