# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRIS NIKOLOVSKI and CHRIS NIKOLOVSKI D.D.S., P.C., a Illinois corporation, individually and as the representatives of a class of similarly situated persons and entities,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME CAPITAL SOURCE, INC. and SCOTT DAVIDSON,<br><br>Defendants. | Case No.: 1:18-cv-3085 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiff, CHRIS NIKOLOVSKI and CHRIS NIKOLOVSKI D.D.S., P.C., by and through his attorney, SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his individual capacity claim against the Defendants PRIME CAPITAL SOURCE, INC. and SCOTT DAVIDSON, without prejudice. This Notice of Voluntary Dismissal does not operate to dismiss the claims of any putative class members.

Dated: Sept. 25, 2018

Respectfully Submitted,

*/s/ James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, James C. Vlahakis, counsel for Plaintiff certify that I caused a copy of the document to be served by ECF on all ECF-registered counsel of record, this 25th day of September, 2018.

                        */s/ James C. Vlahakis*